AO 83 (Rev. 05/11) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CHARLES McFADDEN | ) | Case No. CR 12-074-KEW |
| Defendant | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☑ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: U. S. Courthouse, 101 North 5th Street, Muskogee, OK  74401 | Courtroom No.: 3 - Room 432 |
|---|---|
| before: U. S. Magistrate Jude Kimberly E. West | Date and Time: 10/24/2012 at 2:00 p.m. |

This offense is briefly described as follows:

Ct.1:  Possession of a Bald Eagle

PLEASE CONTACT THE U. S. PROBATION OFFICE AT (918) 684-7970 TO ADVISE THE NAME OF YOUR ATTORNEY OR, IF YOU ARE FINANCIALLY UNABLE TO HIRE AN ATTORNEY, THAT YOU WISH THE COURT TO APPOINT AN ATTORNEY TO REPRESENT YOU.

Date: 10/4/2012

_Issuing officer's signature_

WILLIAM B. GUTHRIE, Clerk

_Printed name and title_

### Proof of Service

This summons was received by me on (date) _____.

☐ I personally served the summons on this defendant _____ at (place) _____ on (date) _____ ; or

☐ On (date) _____, I left the summons at the defendant's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, and mailed a copy to the defendant's last known address; or

☐ The summons was returned unexecuted because _____ .

I declare under penalty of perjury that this information is true.

Date returned: _____

_Server's signature_

_Printed name and title_

Remarks: