# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

RECEIVED
By USMS E/OK Muskogee at 2:40 pm, Sep 21, 2012

United States of America )
v. )
)  Case No. CR-12-74-KEW
CHARLES McFADDEN )
*Defendant* )

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☒ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: U.S. Courthouse, Fifth & Okmulgee Streets, Muskogee, OK Before: Magistrate Judge Kimberly E. West | Courtroom No.: 3 - Room 432 |
| --- | --- |
| | Date and Time: 10/4/2012 at 2:00 P.M. |

This offense is briefly described as follows:

Ct. 1: Possession of a Bald Eagle

PLEASE CONTACT THE U. S. PROBATION OFFICE AT (918) 684-7970 TO ADVISE THE NAME OF YOUR ATTORNEY OR, IF YOU ARE FINANCIALLY UNABLE TO HIRE AN ATTORNEY, THAT YOU WISH THE COURT TO APPOINT AN ATTORNEY TO REPRESENT YOU.

Date: 9/20/2012

*Issuing officer's signature*

WILLIAM B. GUTHRIE, Clerk
*Printed name and title*

FILED
OCT 26 2012
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By _____ Deputy Clerk

## Proof of Service

This summons was received by me on *(date)* 9-21-12 .

☐ I personally served the summons on this defendant _____ at
*(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____, I left the summons at the defendant's residence or usual place of abode
with *(name)* _____, a person of suitable age and discretion who resides
there, and mailed a copy to the defendant's last known address; or

☒ The summons was returned unexecuted because  unclaimed, undeliverable

I declare under penalty of perjury that this information is true.

Date returned: 10-25-12

*Server's signature*

N. INGRAHAM  DUSM
*Printed name and title*

Remarks:

**U.S. Department of Justice**

United States Marshals Service
Eastern District of Oklahoma

111 North 5th Street, Room 136
Muskogee, OK 74401

Official Business
Penalty for Private Use $300

CERTIFIED MAIL™

7008 3230 0000 5118 7324



$ 005.75⁰
SEP 21 2012
MAILED FROM ZIP CODE 74401

Charles McFadden
Rt 2 Box 497-1
Westville, OK 74965

NIXIE    731  5E  1          00  10/22/12
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 74401620211    *0582 11763 24 37