UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | Case No. | CR 12-074-KEW |
| | ) | | |
| v. | ) | Date: | October 29, 2012 |
| | ) | | |
| CHARLES McFADDEN, | ) | Court Time: | 2:09 p.m. - 2:15 p.m. |
| | ) | | |
| Defendant. | ) | | |

## MINUTE SHEET
## INITIAL APPEARANCE
**(Class A Misdemeanor Information)**

Kimberly E. West, Judge     N. Horn, Deputy Clerk     B. Neil, Reporter
                                                      FTR Courtroom 3

Counsel for Plaintiff:     Kyle E. Waters, AUSA
Counsel for Defendant:     Robert Ridneour, AFPD

[X] Defendant present

[X] Government requested that the warrant be withdrawn as defendant appeared on his own; GRANTED (KEW)

[X] Fin. Affidavit presented    Objection by Gov't to appointment: [ ] yes  [X] no  [X] Court appoints counsel

[X] Consent to Proceed before U.S. Magistrate Judge in a Misdemeanor Case executed by defendant and accepted
     by the Court

[X] Defendant acknowledges receipt of copy of Misdemeanor Information
[X] Court advised defendant of constitutional rights, charges and possible penalties.
[X] Defendant enters not guilty plea as to Count   1   of the Misdemeanor Information
[X] Jury trial set  12/10/2012  before   Magistrate Judge   Kimberly E. West
[X] Court advised Defendant will have 14 days to file motions and Government will have 7 days to respond

[X] Court inquired of counsel as to the status of discovery production pursuant to Local Criminal Rule 16.1(A)(1)
     requiring the Government to provide discovery to defendant contemporaneously with the arraignment.
     [X] Government has not complied but will provide discovery to counsel by 10/30/2012

[X] Parties have reviewed Pretrial Services Report recommending bond   Objections [ ] yes  [X] no
[ ] Government requests Detention
[ ] Defendant waives detention hearing
[ ] Defendant reserves issue of detention at this time
[ ] Defendant agrees issue of bond is moot
[ ] Defendant remanded to custody of U.S. Marshal pending detention hearing
[X] Defendant released on Personal Recognizance bond with pretrial supervision
     (see Order Setting Conditions of Release)
[X] Court adjourned