**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| Plaintiff | ) | Case No.: | CR 12-74-KEW |
| | ) | | |
| v. | ) | Date: | 11/29/2012 |
| | ) | | |
| CHARLES McFADDEN, | ) | Time: | 2:19 pm - 2:25 pm |
| Defendant. | ) | | |

**MINUTE SHEET**
**CHANGE of PLEA**
**(Misdemeanor Information)**

Kimberly E. West, Judge        N. Horn, Deputy Clerk        Brian Neil, Reporter
                                                            FTR - Courtroom 3

Counsel for Plaintiff:   Kyle E. Waters,   AUSA
Counsel for Defendant:  Matthew Shellenbergar, AFPD

Defendant appears in person: [X] with Counsel;  [] Counsel waived;  [] w/o Counsel;
Defendant:  [X] Sworn

[X]  Defendant advised of charges and possible penalties
[X] Guideline estimates discussed

[X] Defendant entered guilty plea to Count   1    of the Misdemeanor Information

[] Plea Agreement:     [] orally disclosed       []  written plea agreement filed        [X] no plea agreement
         [] Motion for Additional One Point Reduction for Acceptance of Responsibility filed by Government
         [] Remaining Count(s) to be dismissed at sentencing: Count(s)_____

Defendant waived: [] Indictment;  [X] Jury Trial;  [] Speedy Trial;  [] 30 Days Preparation;[]Separate Representation;
         [X] Waivers accepted by Court

[X] Defendant waived right to having jury determine facts used to enhance Defendant's sentence and consents to the sentencing judge to determine those facts

[X] Defendant related facts of charge;[X] Government agreed Defendant's statements meet elements of offense

[X] Court findings:   [X] Defendant found mentally competent to understand charges and proceedings
                      [X] Factual basis for Defendant's plea;
                      [X] that Defendant is guilty as charged as to Count   1   of the Misdemeanor Information

[X] PSI Ordered     Probation Officer:  Kyle Shores

[] Defendant released on _____ bond with pretrial supervision (re: Order Setting Conditions of Release)
[X] Defendant allowed to stand on present bond; no objection by either party
[] Defendant remanded to custody of U.S. Marshal