UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Case No.: CR-12-74-KEW |
| CHARLES McFADDEN, | ) ) ) | Date: 4/23/13<br>Time: 2:14 pm - 2:28 pm |
| Defendant | ) | |

## MINUTE SHEET - SENTENCING

Kimberly E. West, Judge          N. Horn, Deputy Clerk          K. McWhorter, Reporter
                                                                                          FTR Courtroom 3

Counsel for Plaintiff:   <u>Kyle Waters, AUSA</u>
Counsel for Defendant:   <u>Robert Ridenour, AFPD</u>
Interpreter: _____   [] sworn
[X] Defendant appears in person with counsel
[X] Plaintiff & Defendant reviewed PSI:
        [X] Government        Objections:   [X] Yes       [] No
        [X] Defendant            Objections:   [] Yes  [X] No
[X] Findings: Objection(s) no.: <u>1  by Government</u>     [] Sustained       [X] Overruled
                   Objection(s) no.:<u>   by   </u>      [] Sustained       [] Overruled
[] PSI will form factual basis for sentencing
[X] Court adopts all relevant factual matters set forth in the PSI by reference
[] Terms of Plea Agreement outlined by Gov't       [] Government agrees       [] Defendant Agrees
[] Findings:  Court adopts Plea Agreement as set forth in this matter
[X] No Plea Agreement in this case

[X] Defendant and counsel asked if they care to say anything prior to sentence being pronounced
        [X] Statements by Government in aggravation/mitigation of punishment
        [X] Statements by defendant's counsel
        [] Statements by defendant

**SENTENCE:  As to Count  1   of the Misdemeanor Information**
**[X] Probation for a term of    1 year        [] Concurrent    [] Consecutive**
**[X] Special Assessment:  $   25.00         [X] due immediately**
**[X] Fine:                    $ 1,000.00         [X] due immediately without interest**
If the defendant's financial condition does not allow for immediate payment of the fine, the defendant shall make monthly installments of not less than $100, beginning sixty days from today.

**[X] STANDARD CONDITIONS** of Probation given, including the following **Special Conditions:**
Defendant to participate in a program approved by the USPS for treatment of narcotic addiction, drug dependency, or alcohol dependency, which will include testing to determined if defendant has reverted to the use of drugs or alcohol.  If determined by the USPO that defendant is in need of a residential drug/alcohol treatment program, deft shall participate in such treatment as directed by the USPO and remain in the treatment facility until successfully discharged.

[X] REASONS FOR IMPOSING SENTENCE given by Court
[X] Defendant advised of right to appeal     [] Defendant gives oral notice of appeal


[X] Court adjourned